2:26-cv-00373-APG-MDC

## JS 44 (Rev. 10/20) – CIVIL COVER SHEET

*The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filings and service of pleadings or other papers as required by law.*

**I. (a) PLAINTIFFS:** Jose DeCastro

**(b) County of Residence of First Listed Plaintiff:** Los Angeles County, California

**(c) Attorneys (Firm Name, Address, and Telephone Number):** Pro Se – Jose DeCastro

5350 Wilshire Blvd, PO Box 36143, Los Angeles, CA 90036

chille@situationcreator.com

**DEFENDANTS:** Las Vegas Metropolitan Police Department; Clark County, Nevada; Sergeant Hutchinson; Officer Bruen; Officer Frumpkin; Supervising Officer Danny Rose (Badge #983); Officer "Tommy" (Last Name Unknown); John Does 1–5

**(b) County of Residence of First Listed Defendant:** Clark County, Nevada

**II. BASIS OF JURISDICTION:** ☑ 3. Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

Plaintiff: Citizen of California (PTF ☑ 1)

Defendants: All parties are based in Nevada (DEF ☑ 4)



**IV. NATURE OF SUIT:** ☑ 440 Other Civil Rights

**V. ORIGIN:** ☑ 1 Original Proceeding

**VI. CAUSE OF ACTION:**

42 U.S.C. § 1983 – Deprivation of rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution; supplemental state law claims for assault, battery, false arrest, and false imprisonment.

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

☑ DEMAND: $ Amount to be determined at trial

☑ JURY DEMAND: Yes

## VIII. RELATED CASE(S) IF ANY:

DeCastro v. Las Vegas Metropolitan Police Department, et al. (Prior LVMPD civil rights action, March 2023 incident) – Case number to be confirmed.

DATE: 2-13-26

SIGNATURE OF ATTORNEY OF RECORD: _____

Jose DeCastro (Plaintiff, Pro Se)