Generated: Feb 13, 2026 9:32AM                                                                 Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Feb 13, 2026 9:32AM

Jose Decastro / Thomas Porwitzky

Rcpt. No: 200018474             Trans. Date: Feb 13, 2026 9:32AM             Cashier ID: #AZ (4392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |
| 100 | Copies (Paper) | | 7 | 0.50 | 3.50 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $408.50 |

Total Due Prior to Payment:    $408.50
Total Tendered:    $408.50
Total Cash Received:    $0.00

**Comments**: 2:26-cv-00373-APG-MDC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.