AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

FEB 13 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Jose DeCastro
_____
Plaintiff(s)

v.

Las Vegas Metro Police
Clark County, NV
Sgt. Hutchingson (Ind. Capacity)
Officer Breuer (Indy Capacity)
Officer Frumpkin (Indy Capacity)
_____
Defendant(s)

Civil Action No.

2:26-cv-00373-APG-MDC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sup. Officer Danny Rose (983) in Indy Capacity
Officer "Tommy" (Last name unknown) Indy Capacity
John Does 1-5 in their Indy Capacity

Addresses
LVMPD HQ & Precincts
Clark County NV Bldg.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jose DeCastro
5350 Wilshire Blvd
PO Box 36143
L.A. CA 90036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

**ALZ**

*Signature of Clerk or Deputy Clerk*

Date: 2/13/2026