1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOSE DECASTRO,
     Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; CLARK COUNTY, NEVADA;
SERGEANT HUTCHINSON, in his individual
capacity; OFFICER BRUEN, in his individual
capacity; OFFICER FRUMPKIN, in his individual
capacity; SUPERVISING OFFICER DANNY ROSE
(Badge #983), in his individual capacity;
OFFICER "TOMMY" (last name unknown), in his
individual capacity; JOHN DOES 1-5, in their
individual capacities,
     Defendants.



| FILED | RECEIVED |
| ENTERED | SERVED ON |

COUNSEL/PARTIES OF RECORD

APR 20 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

Case No. 2:26-cv-00373-APG-MDC

## CERTIFICATE OF INTERESTED PARTIES
### (Local Rule 7.1-1)

     Pursuant to Local Rule 7.1-1 of the United States District Court for the District of Nevada, Plaintiff Jose DeCastro certifies that there are no known persons or entities with a direct pecuniary interest in the outcome of this case, other than the parties themselves, and is unaware of any others.

DATED this 15th day of April, 2026.

Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
(310) 963-2445
chille@situationcreator.com
Plaintiff, Pro Se

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2026, I served a true and correct copy of the foregoing CERTIFICATE OF INTERESTED PARTIES by placing a copy in the U.S. Mail, postage prepaid, addressed to all counsel of record who have appeared in this action. As of the date of this filing, no counsel has appeared on behalf of any Defendant. Plaintiff will serve all Defendants upon completion of service of process.

/s/ Jose DeCastro