**NOA**
**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #300
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSE DECASTRO,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

Defendants.

Case No.: 2:26-cv-00373-APG-MDC

**NOTICE OF APPEARANCE OF
COUNSEL FOR PLAINTIFF**

PLEASE TAKE NOTICE that Michael Mee, Esq., hereby enters his appearance as counsel of record for Plaintiff Jose DeCastro in the above-captioned action. Plaintiff, who has heretofore appeared in proper person, will hereafter be represented by undersigned counsel.

1

Undersigned counsel respectfully requests that all further pleadings, motions, notices, orders, and other papers filed or served in this action, and all notices of electronic filing, be directed to and served upon counsel at the address and electronic mail address set forth herein.

Dated this 31st day of July, 2026.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726

**<u>CERTFICIATE OF SERVICE</u>**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff's NOTICE OF APPEARANCE was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 31st day of July, 2026.

**<u>/s/ Michael Mee, Esq.</u>**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726