**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jose Decastro,

Plaintiff(s),

vs.

Las Vegas Metropolitan Police Department,

Defendant(s).

2:26-cv-00373-APG-MDC

**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE (ECF NO. 11)**

Plaintiff filed a *Motion to Extend Time for Service* ("Motion")(ECF No. 11). The Court **GRANTS** the Motion.

## I. LEGAL STANDARD

The Federal Rules of Civil Procedure provide for service within the United States pursuant to the law of the state in which the district court is located, or in which service is made. See, e.g., FRCP 4(e)(1). Rule 4 states that "the plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)[.] The Federal Rules of Civil Procedure provide for service within the United States and authorize extensions of time for good cause. See, e.g., Fed. R. Civ. P. 4(m).

There are several factors courts consider in evaluating a party's due diligence, including the number of attempts made to serve the defendant at his residence and other methods of locating defendants, such as consulting public directories and family members. See *Price v. Dunn*, 106 Nev. 100, 102-104, 787 P.2d 785, 786-787 (Nev. 1990). Regarding extensions, "a district court may consider factors 'like statute of limitations bar, prejudice to the defendant, actual notice of a lawsuit, and eventual service.'" *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) (quoting *Troxell v. Fedders of N. Am. Inc.*, 160 F.3d 381, 383 (7th Cir. 1998)).

//

## II. ANALYSIS

Plaintiff filed this case as a pro se litigant, but plaintiff has now obtained counsel. *ECF No. 11*. Plaintiff previously sought one other extension of time for service, but plaintiff had issues completing service as a pro se litigant. *Id*. Plaintiff argues that now that he has counsel, he believes counsel will be able to complete service. *Id*. The Court grants the request.

**IT IS ORDERED that:**

1. Plaintiffs' *Motion to Extend Time for Service* (ECF No. 11) is **GRANTED.**
2. Plaintiff has until **October 15, 2026** to serve the defendants.

DATED: September 15, 2026.

IT IS SO ORDERED.

_________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge