**MOT**
**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
1100 S. 10th Street
Las Vegas, NV 89104
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 2:26-cv-00373-APG-MDC<br><br>**PLAINTIFF'S THIRD EX PARTE MOTION TO EXTEND TIME TO EFFECTUATE SERVICE** |

COMES NOW Plaintiff JOSE DECASTRO, through counsel, and moves for a third extension of time to effectuate service under Federal Rules of Civil Procedure 4(m) and 6(b)(1)(A) and LR IA 6-1, based on the following Memorandum of Points and Authorities and Declaration of Counsel.

Dated this 15th day of October, 2026.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
1100 S. 10th Street
Las Vegas, NV 89104
(702) 990-0190
Attorney for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff filed this action in proper person on February 13, 2026. Pursuant to LR IA 6-1(a), Plaintiff advises that the service deadline has been extended twice: first to July 31, 2026 (ECF No. 9), and then to October 15, 2026, after the Office of General Counsel for the Las Vegas Metropolitan Police Department ("LVMPD") declined the single summons but stated that it would accept service for all five Defendants upon receipt of individualized summonses.

From June through September 2026, the HVAC system at counsel's office failed, leaving the office unusable and counsel without staff until he relocated his practice in mid-September 2026.

On October 15, 2026, at approximately 3:00 p.m., a process server was present to make service upon each Defendant to LVMPD headquarters. LVMPD refused service, stating that no one was present to accept it because staff had left for the day at 3:00 p.m.

Rule 4(m) requires the Court to extend the time for service upon a showing of good cause, considering actual notice to the defendant, prejudice to the defendant, and prejudice to the plaintiff. *In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001); *Boudette v. Barnette*, 923 F.2d 754, 756 (9th Cir. 1991). Absent good cause, the Court has broad discretion to extend. *Efaw v. Williams*, 473 F.3d 1038, 1040–41 (9th Cir. 2007).

Defendants have had actual notice since at least July 31, 2026, and Plaintiff timely tendered service on the terms their counsel set. An extension causes Defendants no prejudice. Plaintiff requests thirty (30) days from the date of the Court's order to complete service.

Dated this 15th day of October, 2026.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
1100 S. 10th Street
Las Vegas, NV 89104
(702) 990-0190
Attorney for Plaintiff

**DECLARATION OF COUNSEL**

I, Michael Mee, declare as follows:

1. That I am counsel of record for Plaintiff Jose DeCastro and am admitted to practice before this Court;

2. That the service deadline was extended to July 31, 2026, and then to October 15, 2026, after LVMPD's Office of General Counsel declined the single summons but stated that it would accept service for all five Defendants upon receipt of individualized summonses;

3. That from June through September 2026, the HVAC system at my office failed, leaving the office unusable and me without staff until I relocated my practice in mid-September 2026;

4. That I was informed by the process server that on October 15, 2026, at approximately 3:00 p.m., service for each Defendant were attempted to be delivered to LVMPD headquarters, and that LVMPD refused service, stating that no one was present to accept it because staff had left for the day at 3:00 p.m.;

5. That thirty (30) days is sufficient to complete service, and that this extension is not sought for delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of October, 2026.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
1100 S. 10th Street
Las Vegas, NV 89104
(702) 990-0190
Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that a true and correct copy of the foregoing PLAINTIFF'S THIRD EX PARTE MOTION TO EXTEND TIME TO EFFECTUATE SERVICE was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 15th day of October, 2026.

**<u>/s/ Michael Mee, Esq.</u>**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
1100 S. 10th Street
Las Vegas, NV 89104
(702) 990-0190
Attorney for Plaintiff