**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
Attorneys for Defendants LVMPD, Sgt. Hutchinson, Ofc. Bruen, Ofc. Frumpkin and Ofc. Rose

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA; SERGEANT HUTCHINSON, in his individual capacity; OFFICER BRUEN, in his individual capacity; OFFICER FRUMPKIN, in his individual capacity; SUPERVISING OFFICER DANNY ROSE (Badge #983), in his individual capacity; OFFICER "TOMMY" (last name unknown), in his individual capacity; and JOHN DOES 1-5, in their individual capacities,<br><br>Defendants. | Case Number:<br>2:26-cv-00373-APG-MDC |

**DEFENDANTS LVMPD, SGT. HUTCHINSON, OFC. BRUEN, OFC. FRUMPKIN AND OFC. ROSE'S CERTIFICATE OF INTERESTED PARTIES**

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sergeant Hutchinson, Officer Bruen, Officer Frumpkin and Supervising Officer Danny Rose ("LVMPD Defendants"), by and through their counsel of record, hereby certify there are no

/ / /

/ / /



MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

known parties other than the named parties that have an interest in the outcome of this case.

Dated this 9th day of November, 2026.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney(s) for

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANTS LVMPD, SGT. HUTCHINSON, OFC. BRUEN, OFC. FRUMPKIN AND OFC. ROSE'S CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 9th day of November, 2026.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. n/a

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Jose DeCastro
5350 Wilshire Blvd.
PO Box 36143
Los Angeles, CA 90036
Plaintiff Pro Per

*s/Sherri Mong*
an employee of Marquis Aurbach