**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
1100 S. 10th Street
Las Vegas, NV 89104
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE DECASTRO,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY, NEVADA; SERGEANT HUTCHINSON, in his individual capacity; OFFICER BRUEN, in his individual capacity; OFFICER FRUMPKIN, in his individual capacity; SUPERVISING OFFICER DANNY ROSE (Badge #983), in his individual capacity; OFFICER "TOMMY" (last name unknown), in his individual capacity; and JOHN DOES 1-5, in their individual capacities,

Defendants.

Case No.: 2:26-cv-00373-APG-MDC

**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL DISMISSAL (ECF 22) (FIRST REQUEST)**

COMES NOW, Plaintiff, JOSE DECASTRO, by and through his attorney of record, MICHAEL MEE, ESQ, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SERGEANT HUTCHINSON, OFFICER BRUEN, OFFICER FRUMKIN, and SUPERVISING OFFICER DANNY ROSE (collectively, "LVMPD Defendants"), by and through counsel of record CRAIG R. ANDERSON, ESQ., and NICHOLAS M. ADAMS, ESQ., of MARQUIS AURBACH, who jointly hereby submit the following Stipulation to Extend Deadline

for Plaintiff's Opposition to Motion for Partial Dismissal (ECF 22).

The basis for this request is as follows:

1) On November 9, 2026, LVMPD Defendants filed their Motion for Partial Dismissal (ECF 22). Under LR 7-2(b), Plaintiff's Opposition is presently due on November 23, 2026.

2) Plaintiff's counsel requires additional time to research and respond adequately to the Motion.

3) The parties conferred and agreed, pursuant to a request by Plaintiff's counsel, to extend Plaintiff's deadline to file an Opposition to the Motion for Partial Dismissal (ECF 22) by one week, through November 30, 2026.

4) The parties thus request that this Stipulation be approved and that an order be issued formally extending the time for an Opposition to be filed to said Motion through **November 30, 2026.**

DATED this 23rd day of November, 2026

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar Number 13726
Counsel for Plaintiff

DATED this 23rd day of November, 2026

**/s/ Craig R. Anderson, Esq.**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
Counsel for LVMPD Defendants

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Time for the Filing of an Opposition to Motion for Partial Dismissal (ECF No. 22) is GRANTED and Plaintiff shall have through **November 30, 2026** to file an Opposition.

DATED this ________ day of ___________________, 2026

_______________________________________________

UNITED STATES DISTRICT COURT